UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# CIVIL MINUTES – GENERAL

| Case No. | 2:24-cv-4210-SRM (SKx) | Date | December 15, 2025 |
|---|---|---|---|
| Title | Patrick Guest v. Target Corp. | | |

| Present: The Honorable | Steve Kim |
|---|---|

| Connie Chung | n/a |
|---|---|
| Deputy Clerk | Court Smart / Recorder |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
|---|---|
| None present | None present |

**Proceedings:**     (IN CHAMBERS) **ORDER TO SHOW CAUSE**

After accepting the parties' joint request for a settlement conference—and reserving December 17, 2025 for that conference—the court ordered the parties on November 3, 2025 to do two things ahead of time.  (ECF 38).  First, no later than three weeks before the scheduled conference, the parties were ordered to "exchange, in good faith, formal offers and counteroffers in writing."  (*Id*. at 4).  Second, no later than one week before the conference, the parties were ordered to submit ex parte, in camera confidential settlement conference statements with information critical to settlement—including a "detailed summary of the proposals—formal and informal—that have been exchanged by the parties starting no later than three weeks before the conference, as ordered."  (*Id*. at 5).  The parties were warned that the "failure of any party or attorney to comply strictly" with the requirements of the court's order "may result in sanctions" to include "the fees and costs expended by the other parties in preparing for and attending" the conference.  (*Id*. at 5-6).

As of this order, however, the court has received no settlement conference statement from plaintiff Patrick Guest.  And as best the court can tell (since it has received no information to the contrary), plaintiff hasn't exchanged formal written offers or counteroffers with defendant Target Corporation as ordered by this court.  Worse, the court's clerk sent a courtesy email to all the parties on Monday, December 8, 2025, reminding them of the deadline to submit the ordered settlement conference statements.  (The clerk also asked for email addresses of the parties and counsel who would be participating in the remote conference, but as of this order, plaintiff hasn't provided that information either.)

For all these reasons, plaintiff and his counsel are ORDERED TO SHOW CAUSE at 9:30 AM via Zoom videoconference (30 minutes before the scheduled 10 AM conference start time when defendant Target and its counsel are expected to appear) why plaintiff or his counsel (or both) should not be monetarily sanctioned for the actual reasonable attorney fees (and costs, if

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| Case No. | 2:24-cv-4210-SRM (SKx) | Date | December 15, 2025 |
|---|---|---|---|
| Title | Patrick Guest v. Target Corp. | | |

any) incurred by defendant Target to prepare its settlement conference statement, which Target timely submitted by or before December 10, 2025 as ordered.  The court also reserves the right to vacate the settlement conference at any time if a party or counsel violates this court's orders, including the requirement to negotiate settlement in good faith (as described in the court's settlement conference order), which means more than merely showing up and expecting favorable results.

    IT IS SO ORDERED.


cc: SRM Chambers